UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

GERARDO MOTA BAUTISTA, HUGO BAUTISTA, JUAN LUIS OVANDO ZEPEDA, JUAN ZEPEDA, JULIO RICARDO ALVAREZ MACATOMA, LEONCIO TORRES ACUNA, MARIO MORALES ROJAS, and OMAR RODRIGUEZ, *individually and on behalf of others similarly situated,*

        *Plaintiffs*,

-against-

COUNTYWIDE BUILDERS, INC. (D/B/A COUNTYWIDE BUILDERS), NOBLE CONSTRUCTION GROUP, LLC (D/B/A NOBLE CONSTRUCTION GROUP), EDWARD M. GEERLOF JR., MAYER WEBER, JORDAN GARRIDO, MIKE GARRIDO, and MARTIN DOE (a/k/a PERU)

        *Defendants.*

Index No. 1:19-cv-08808-AT

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MAYER WEBER

ECF Case

--------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

  Plaintiffs, by their attorneys, Michael Faillace & Associates, P.C., hereby voluntarily dismiss this action as against Defendant Mayer Weber, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: New York, New York
    December 17, 2019     MICHAEL FAILLACE & ASSOCIATES, P.C.

            By: */s/Jesse Barton*_____
              Jesse Barton, Esq.
              60 East 42nd Street, Suite 4510
              New York, New York 10022
              Telephone: (212) 317-1200
              Facsimile: (212) 317-1620
              *Attorneys for Plaintiffs*