# Michael Faillace & Associates

Employment and Litigation Attorneys

60 East 42nd St. Suite 2540
New York, New York 10165

Telep...
Fac...

jbarton@faillacelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020

January 22, 2020

**VIA ECF**

Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: <u>Bautista, et al. v. Countywide Builders, Inc. al. 19 CV 8808 (AT)</u>

Your Honor:

  This office represents Plaintiffs in the above referenced matter. I write, on behalf of the parties, to: (1) advise the Court that the parties do not consent to a Magistrate Judge; and (2) request that the initial conference scheduled for January 29, 2020 be adjourned sine die. This is the first request of its kind and is submitted on consent.

  On January 13, 2020, the Court referred the parties to mediation. The parties are hopeful they can resolve their dispute early, and would rather invest their resources toward settlement at this point than litigation. If the parties' mediation is unsuccessful, they will promptly notify the Court and request the scheduling of a discovery conference. As such, the parties respectfully request the initial conference scheduled for January 29, 2020 be adjourned sine die.

  Thank you for your attention.

Respectfully submitted,

/s/ Jesse Barton
Jesse Barton, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*

---

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for January 29, 2020 is ADJOURNED to **April 16, 2020**, at **11:00 a.m.** By **April 9, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 22, 2020
   New York, New York

*[signature]*

ANALISA TORRES
United States District Judge