AO 154 (10/03) Substitution of Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2020
```

# UNITED STATES DISTRICT COURT

SOUTHERN District of

GERARDO MOTA BAUTISTA, ET AL.

                  Plaintiff (s),

V.

COUNTYWIDE BUILDERS, INC., ET AL.

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-cv-08808

Notice is hereby given that, subject to approval by the court, **Mark F. Magnozzi, Esq.** (Party (s) Name) substitutes **Donald N. Rizzuto, Esq., PC** (Name of New Attorney), State Bar No. **2488492** as counsel of record in place of **Mark F. Magnozzi, Esq., The Magnozzi Law Firm PC, 23 Green Street, Suite 302, Huntington, NY 11743** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Donald N. Rizzuto, Esq., PC
    Address: 1 Sylvan Place, Suite 1B, Valley Stream, NY 11581
    Telephone: (917) 796-5682      Facsimile
    E-Mail (Optional): drizzutoesq@hotmail.com

I consent to the above substitution.
Date: 3/4/2020

MICHAEL GARRIDO
*(signature)*
(Signature of Party (s))

I consent to being substituted.
Date: 3/4/2020

JORDAN GARRIDO
*(signature)*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/4/2020

*(signature)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/6/2020

*(signature)*
**ANALISA TORRES**
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]