USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/13/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GERARDO MOTA BAUTISTA, HUGO BAUTISTA, JUAN LUIS OVANDO ZEPEDA, JUAN ZEPEDA, JULIO RICARDO ALVAREZ MACATOMA, LEONCIO TORRES ACUNA, MARIO MORALES ROJAS, and OMAR RODRIGUEZ, individually and on behalf of others similarly situated,

Plaintiffs,

-against-

19 Civ. 8808 (AT)

**ORDER**

COUNTYWIDE BUILDERS, INC. (D/B/A COUNTYWIDE BUILDERS), NOBLE CONSTRUCTION GROUP, LLC (D/B/A NOBLE CONSTRUCTION GROUP), EDWARD M. GEERLOF JR., MAYER WEBER, JORDAN GARRIDO, MIKE GARRIDO, and MARTIN DOE (a/k/a PERU),

Defendants.

ANALISA TORRES, District Judge:

On January 22, 2020, the Court set the initial pretrial conference for April 16, 2020, and directed the parties to submit their joint letter and proposed case management plan. ECF No. 30. That submission is overdue. Accordingly, by **April 14, 2020**, the parties shall submit such materials or request adjournment of the conference.

SO ORDERED.

Dated: April 13, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge