# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

cerrington@faillacelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2020

BY ECF
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Bautista et al. v. Countywide Builders, Inc. et al.*, **19-cv-8808 (AT)**

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. I write to request an adjournment of the initial conference currently scheduled for April 16, 2020. There has been one previous request of this nature, which was granted due to the Parties' intention to mediate. This letter is submitted on consent.

The reason for this request is the parties' inability to schedule mediation pursuant to this original court deadline of March 20, 2020. This inability is the result of a combination of factors, the ongoing Covid-19 crisis, which has rendered in-person mediation impossible, the amendment of the Complaint which was filed on March 23, 2020, and a third party complaint contemplated to be filed by Defendants Mike and Jordan Garrido. The parties thus request 1) an adjournment of the Initial Conference *sine die* and 2) an extension of time in which to schedule mediation until May 15th, 2020.

Respectfully Submitted,

/s/ Clela Errington
Clela A. Errington, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

GRANTED in part, DENIED in part. The deadline by which the parties shall schedule mediation is extended *nunc pro tunc* to **May 15, 2020.**

The initial pretrial conference scheduled for April 16, 2020 is ADJOURNED to **July 1, 2020**, at **11:00 a.m.** By **June 24, 2020**, the parties shall submit their joint letter and proposed case management plan.

The initial pretrial conference will be conducted telephonically. The parties are directed to call (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

SO ORDERED.

Dated: April 13, 2020
New York, New York

ANALISA TORRES
United States District Judge