# Michael Faillace & Associates

*Employment and Litigation Attorneys*

60 East 42nd Street, Suite 4510
New York, New York 10165

cerrington@faillacelaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2020
```

June 24, 2020

BY ECF
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Bautista et al. v. Noble Construction et al* 19-cv-8808 (AT)

Your Honor:

    I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. I write with the consent of Defendants to request an adjournment of the initial conference currently scheduled for July 1, 2020. There have been two previous requests of this nature, which was granted due to 1) the parties' intention to mediate and 2) the filing of the First Amended Complaint.

    The reason for this request is the exchange of evidence during pre-mediation discovery which call into question the liability of currently named defendants. The parties agreed to adjourn mediation due to this and now request 1) an adjournment of the Initial Conference *sine die* and 2) an extension of time in which to submit initial conference materials, pending a contemplated amendment to the complaint.

Respectfully Submitted,

/s/ Clela Errington
Clela A. Errington, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

---

GRANTED in part, DENIED in part. By **July 15, 2020**, Plaintiffs shall file any request for leave to amend.

The initial pretrial conference scheduled for July 1, 2020 is ADJOURNED to **September 16, 2020, at 11:00 a.m.** The conference will be conducted telephonically, and the parties are directed to use the dial-in information previously provided. *See* ECF No. 43. By **September 9, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 24, 2020
      New York, New York

ANALISA TORRES
United States District Judge