USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2020

# Michael Faillace & Associates

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

cerrington@faillacelaw.com

September 9, 2020

BY ECF
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Bautista et al. v. Noble Construction et al* **19-cv-8808 (AT)**

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. I write to request an adjournment of the initial conference currently scheduled for September 16, 2020. There have been three previous requests of this nature, which were granted due to 1) the parties' intention to mediate, 2) the filing of the First Amended Complaint, and 3) the anticipated filing of the Second Amended Complaint. As no defendants have appeared, this request is made without their input.

The reason for this request is the filing of the Second Amended Complaint and the dismissal of former defendants. All previous defendants besides Martin Doe, who is in default, were dismissed from the case. The Second Amended Complaint added several new parties. A waiver of service was filed on August 5, 2020 on behalf of defendants Countywide Masonry Corp. and Anthony Derasmo, who have until October 5, 2020 to answer. Plaintiffs are still in the process of serving the remaining defendants. As no defendants have appeared, the Plaintiffs respectfully request an adjournment of the initial conference and deadline for submission of documents for 45 days to allow 1) defendants Countywide Masonry Corp. and Anthony Derasmo to answer or otherwise respond per the deadline set forth in the Waiver of Service 2) the remaining defendants to be served.

GRANTED. The initial pretrial conference scheduled for September 16, 2020, is ADJOURNED to **November 9, 2020**, at **11:20 a.m**. By **November 2, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: September 10, 2020
     New York, New York

ANALISA TORRES
United States District Judge