# Michael Faillace & Associates

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

cerrington@faillacelaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2020
```

November 2, 2020

BY ECF
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Bautista et al. v. Noble Construction et al* **19-cv-8808 (AT)**

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. I write pursuant to Rule II(B) to request an adjournment of the initial conference currently scheduled for November 9th, 2020. There have been four previous requests of this nature, which were granted due to 1) the parties' intention to mediate, 2) the filing of the First Amended Complaint 3) the anticipated filing of the Second Amended Complaint and 4) service on new defendants. This request is made with the consent of the Countywide Defendants (Anthony Derasmo and Countywide Masonry Corp.)

The reason for this request is that counsel for the Carben Defendants (Carben Industries, Inc., Carben Concrete, Inc., Carben Construction, Inc., Martin Doe a/k/a Peru, Anthony LoGiudice and Ronald Browning) have not yet filed their appearance. Plaintiffs have agreed to extend Carben Defendants' time to answer until November 15, 2020 to allow counsel to become familiar with the case. Plaintiffs thus request an adjournment of the initial conference until a date after November 15, 2020. Defendants' respective attorneys have advised me of their unavailability on November 18, and 23-25.

GRANTED. The initial pretrial conference scheduled for November 9, 2020, is ADJOURNED to **November 19, 2020**, at **11:20 a.m**. By **November 12, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: November 6, 2020
New York, New York

**ANALISA TORRES**
United States District Judge