UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GERARDO MOTA BAUTISTA, HUGO BAUTISTA, JUAN LUIS OVANDO ZEPEDA, JUAN ZEPEDA, JULIO RICARDO ALVAREZ MACATOMA, LEONCIO TORRES ACUNA, MARIO MORALES ROJAS, OMAR RODRIGUEZ, and ANTONIO LIMON HERNANDEZ individually and on behalf of others similarly situated,

           - vs. -      Plaintiff,

COUNTY-WIDE MASONRY CORP., CARBEN INDUSTRIES, INC., CARBEN CONCRETE, INC., ANTHONY DERASMO, ANTHONY LOGIUDICE, RONALD BROWNING, and MARTIN DOE a/k/a PERU

                             Defendant.

19 Civ. 08808 ( AT )

**DEFAULT JUDGMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CARBEN INDUSTRIES, INC.
                  Third Party Plaintiff

       vs.

BATRUME INDUSTRIES, INC. and COUNTY-WIDE CONSTRUCTION CORP.,
                  Third Party Defendants

This action having been commenced on November 11, 2020 Doc #87 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Batrume Industries, Inc., on January 21, 2021 by Process Server at the Office of the Secretary of State, of the State of New York in Albany, NY personal service on Nancy Doughtery, and a proof of service having been filed on January 26, 2021, Doc #104 and the Third-Party Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, and ADJUDGED** that the Third-Party plaintiff has default judgment against Third-Party Defendant as to liability ONLY, and the amount of damages to be awarded will be set by Inquest Hearing or any other means as may be necessary following resolution/disposition of all claims between Plaintiffs and Defendants, Carben Industries, Inc., Carben Concrete, Inc., Anthony Logiudice, and Ronald Browning.

Dated: New York, New York

_____

_____
                        U.S.D.J.

This document was entered on the docket on _____.