UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MOTA BAUTISTA, HUGO BAUTISTA, JUAN LUIS OVANDO ZEPEDA, JUAN ZEPEDA, JULIO RICARDO ALVAREZ MACATOMA, LEONCIO TORRES ACUNA, MARIO MORALES ROJAS, OMAR RODRIGUEZ, and ANTONIO LIMON HERNANDEZ individually and on behalf of others similarly Plaintiff, | INDEX NO.: 19:cv-08808 (AT) *Civil Action* **ORDER TO SHOW CAUSE FOR DEFAULT** |
| vs. | |
| COUNTY-WIDE MASONRY CORP., CARBEN INDUSTRIES, INC., CARBEN CONCRETE, INC., ANTHONY DERASMO, ANTHONY LOGIUDICE, RONALD BROWNING, and Defendant. | |
| CARBEN INDUSTRIES, INC., Third-Party Plaintiff | |
| vs. | |
| BATRUME INDUSTRIES, INC., and COUNTY-WIDE CONSTRUCTION CORP., Third-Party Defendants | |

Upon the affidavits of Matthew Lakind, Esq., sworn to the 19 day of May, 2021, and upon the copy of the complaint hereto annexed, it is

ORDERED that the above named Third-Party Planitiff, Carben Industries, Inc., show before this Court, at Room 15D, United States Courthouse, 500 Pearl Street. New York, NY 10007, on _____ 2021 at 9:00 o'clock in the morning thereof, or as soon thereafter as counsel may be heard, why an order should be

1

issued pursuant to Rule 55(a) of the Federal Rules of Civil Procedure <u>granting default judgment against Third-Party Defendants, Batrume Industries, Inc. as to liability only</u>

 IT IS FURTHER ORDERED that an Inquest Hearing be scheduled on ___ day of _____, 2021 to award the amount of damages, following any resolution of all claims between Plaintiffs and Defendants, Carben Industries, Inc., Carben Concrete, Inc., Anthony Logiudice, and Ronald Browning.

 IT IS FURTHER ORDERED that a copy of this order, together with the papers upon which it is granted, be personally served upon the Third-Party Defendants, or their attorney, within seven (7) days of filing and that such service be deemed good and sufficient

Dated: New York, NY       _____
               United States District Judge