**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GERARDO MOTA BAUTISTA, HUGO BAUTISTA, JUAN LUIS OVANDO ZEPEDA, JUAN ZEPEDA, JULIO RICARDO ALVAREZ MACATOMA, LEONCIO TORRES ACUNA, MARIO MORALES ROJAS, OMAR RODRIGUEZ, and ANTONIO LIMON HERNANDEZ *individually and on behalf of others similarly situated*, | : : : : : : : : : : |
| Plaintiffs, | : : |
| vs. | : : |
| COUNTY-WIDE MASONRY CORP., CARBEN INDUSTRIES, INC., CARBEN CONCRETE, INC., CARBEN CONSTRUCTION, INC., ANTHONY DERASMO, ANTHONY LOGIUDICE, RONALD BROWNING, and MARTIN DOE a/k/a PERU | : : : : : : : : : |
| Defendants. | : : : |
| CARBEN INDUSTRIES, INC. | : : : |
| Third Party Plaintiff, | : : |
| vs. | : : : |
| BATRUME INDUSTRIES, INC. and COUNTY-WIDE CONSTRUCTION CORP., | : : : |
| Third-Party Defendants. | : : |

INDEX NO.: 19-cv-08808

*Civil Action*

**DEFENDANTS CARBEN INDUSTRIES, INC., CARBEN CONCRETE, INC., CARBEN CONSTRUCTION, INC., ANTHONY LOGIUDICE AND RONALD BROWNING'S <u>RESPONSE</u> TO PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS**

Defendants Carben Industries, Inc., Carben Concrete, Inc., Carben Construction, Inc., Anthony Logiudice and Ronald Browning (collectively, "Carben"), by their attorneys, Tesser & Cohen, respectfully submits this *Response to Plaintiffs' Statement of Additional Facts.* Any additional facts referenced herein are included in Carben's separate Motion for Summary Judgment and its own Statement of Material Facts submitted in support of same.

### CARBEN DEFENDANTS' RESPONSE TO THE PLAINTIFFS' STATEMENT OF ADDITIONAL  FACTS

1. The Plaintiffs have never heard of Batrume Industries. (Acuna Dep. 15:5-7, Rodriguez Dep. 20:13-15, Bautista Dep. 38:8-10, Rojas Dep. 26:7-8, Ovando-Zepeda Dep. 20:8-10).

**Carben Response: Undisputed that Plaintiffs' testified to this fact.**

2. The Plaintiffs were employed by County-Wide. (Rodriguez Dep. 11:7-8, Mota Bautista Dep. 46:23-25, 47:1-14, Acuna Dep. 10:4-5, Rojas Dep. 9:16-18., Exhibits A-D to Errington Affirmation)

**Carben Response: Undisputed that Plaintiffs' testified to this fact.**

3. Plaintiffs worked for County-Wide's at job sites in both Manhattan and Brooklyn. (Ovando-Zepeda Dep. 10:5-10, Rodriguez Dep. 13:11-14, Mota Bautista Dep. 22:8-12, Acuna Dep. 10:11-14, Rojas Dep. 10:18-23)

**Response: Undisputed that Plaintiffs' testified to this fact.**

4. As part of County-Wide's contract with Rinaldi Group, they agreed to provide labor to the job site located at 120 Water St. (Ex. E to Errington, Sec. 1.1)

**Carben Response: Undisputed insofar as the contract between County-Wide and Rinaldi speaks for itself.**

5. As part of County-Wide's contract with Rinaldi Group, they agreed to certain conditions regarding the labor they would supply to the job site located at 120 Water St. (Ex. E to Errington Aff., Sec. 7.4)

**Response: Disputed as the "conditions" are not defined, material, and the contract speaks for itself.**

6. As a part of County-Wide's contract with Noble Construction, Countywide agreed to provide labor to the job site located at 120 Water St. (Ex. F to Errington Aff., Sec. 1,1)

**Carben Response: Undisputed insofar as the contract speaks for itself.**

7. As a part of County-Wide's contract with Noble Construction, Countywide agreed to certain conditions regarding the labor they would supply to the job site located at 70 Schermerhorn. (Ex. F to Errington Aff., Sec., 7.4)

**Carben Response: Disputed as the "conditions" are not defined, material, and the contract speaks for itself.**

8. County-Wide was compensated for providing labor and materials under contracts Rinaldi Group and Noble Construction. (Derasmo Dep. 51:20-25, 52:51:2-19).

**Carben Response: Carben has no personal knowledge to admit or deny this allegation.**

9. Pursuant to Carben's contracts with County-Wide, County-Wide retained certain responsibilities for the wages and hours worked by laborers at both 120 Water St. and 70 Schermerhorn. (Ex. I, Sec. 3.4, Ex. M., Sec. 3.4)

**Carben Response:  Disputed.  No evidence has been put forth by Plaintiff that Carben supplied any of its own labor, or employed any laborers for either Project.  Carben did hire**

a sub-subcontractor, Batrume Industries, Inc., to provide certain labor services to the Projects. However, no evidence has been presented by Plaintiffs that any of them were employed by Batrume Industries, Inc. either. **<u>See Carben's Statement of Material Facts</u>**