```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARDO MOTA BAUTISTA, HUGO BAUTISTA, JUAN LUIS OVANDO ZEPEDA, JUAN ZEPEDA, JULIO RICARDO ALVAREZ MACATOMA, LEONCIO TORRES ACUNA, MARIO MORALES ROJAS, OMAR RODRIGUEZ, and ANTONIO LIMON HERNANDEZ, individually and on behalf of others similarly situated,

Plaintiffs,

-against-

MARTIN DOE (a/k/a PERU), CARBEN INDUSTRIES INC., CARBEN CONCRETE INC., CARBEN CONSTRUCTION INC., ANTHONY DERASMO, ANTHONY LOGIUDICE, and RONALD BROWNING,

Defendants.

19 Civ. 8808 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated July 27 and August 3, 2022, ECF Nos. 146, 148–149. Accordingly:

1. By **September 8, 2022**, Defendants shall file their motion for summary judgment;
2. By **September 29, 2022**, Plaintiffs shall file their opposition; and
3. By **October 13, 2022**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: August 4, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge