UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MOTA BAUTISTA, HUGO BAUTISTA, JUAN LUIS OVANDO ZEPEDA, JUAN ZEPEDA, JULIO RICARDO ALVAREZ MACATOMA, LEONCIO TORRES ACUNA, MARIO MORALES ROJAS, OMAR RODRIGUEZ, and ANTONIO LIMON HERNANDEZ *individually and on behalf of others similarly situated*, <br><br> PLAINTIFFS, <br><br> VS. <br><br> COUNTY-WIDE MASONRY CORP., CARBEN INDUSTRIES, INC., CARBEN CONCRETE, INC., CARBEN CONSTRUCTION, INC., ANTHONY DERASMO, ANTHONY LOGIUDICE, RONALD BROWNING, and MARTIN DOE a/k/a PERU <br><br> DEFENDANTS. | CIVIL ACTION NO.: 19-CV-08808 <br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT BY THE CARBEN DEFENDANTS** |
| CARBEN INDUSTRIES, INC. <br><br> THIRD PARTY PLAINTIFF, <br><br> VS. <br><br> BATRUME INDUSTRIES, INC. and COUNTY-WIDE CONSTRUCTION CORP., <br><br> THIRD PARTY DEFENDANTS. | |

1

**PLEASE TAKE NOTICE**, that upon the parties' Rule 56.1 Statement of Material Facts, the exhibits annexed hereto, and the Memorandum of Law and upon all prior pleadings and proceedings herein, Defendants, Carben Industries, Inc., Carben Concrete, Inc., Carben Construction, Inc., Anthony LoGiudice, and Ronald Browning (the "Carben Defendants"), by and through its attorneys, Tesser & Cohen shall move before the Honorable Analisa Torres, at the United States Courthouse for the Southern District, for an Order pursuant to Fed. R. Civ. P. R. 56, and pursuant to the Court ordered briefing schedule, for an Order of summary judgment as follows:

1. Granting the Carben Defendants' summary judgment against Plaintiffs; and,
2. Dismissing all Cross Claims asserted by Defendant, County Wide Construction Corp.

Dated: Hackensack, New Jersey
September 8, 2022

TESSER & COHEN
Attorneys for Carben Industries, Inc., Carben Concrete, Inc., Carben Construction, Inc., Anthony LoGiudice, and Ronald Browning

By: _____
Matthew Lakind, Esq.
946 Main Street
Hackensack, New Jersey 07601
(212) 226-1900