## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MOTA BAUTISTA, HUGO BAUTISTA, JUAN LUIS OVANDO ZEPEDA, JUAN ZEPEDA, JULIO RICARDO ALVAREZ MACATOMA, LEONCIO TORRES ACUNA, MARIO MORALES ROJAS, OMAR RODRIGUEZ, and ANTONIO LIMON HERNANDEZ *individually and on behalf of others similarly situated*, <br><br> PLAINTIFFS, <br><br> VS. <br><br> COUNTY-WIDE MASONRY CORP., CARBEN INDUSTRIES, INC., CARBEN CONCRETE, INC., CARBEN CONSTRUCTION, INC., ANTHONY DERASMO, ANTHONY LOGIUDICE, RONALD BROWNING, and MARTIN DOE a/k/a PERU <br><br> DEFENDANTS. | CIVIL ACTION NO.: 19-CV-08808 <br><br> **<u>DECLARATION OF MATTHEW LAKIND, ESQ.</u>** |
| CARBEN INDUSTRIES, INC. <br><br> THIRD PARTY PLAINTIFF, <br><br> VS. <br><br> BATRUME INDUSTRIES, INC. and COUNTY-WIDE CONSTRUCTION CORP., <br><br> THIRD PARTY DEFENDANTS. | |

1

I, Matthew Lakind, Esq., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I am an associate at Tesser & Cohen, counsel for Carben Industries, Inc., Carben Concrete, Inc., Carben Construction, Inc., Anthony LoGiudice, and Ronald Browning (the "Carben Defendants").

2. I submit this declaration in support of the Carben Defendants' motion for summary judgment.

3. All exhibits attached to the Carben Defendants' previously filed Statements of Material Facts and referenced in the Carben Defendants' motion for summary judgment are true and accurate copies of those exhibits.

Dated: September 8, 2022

_____
Matthew Lakind, Esq.