

# County Wide
Daily Sign-In Sheet    120 Water St

**Miereoks.**

Date: 09-04-19

| # | Name | Signature | Time-In | Time-Out | Total | |
|---|------|-----------|---------|----------|-------|---|
| 1 | Albir Wilber. | Wilber Albir | 7:00 | | | |
| 2 | Armenta Ricardo | | 7:00 | | | |
| 3 | Banegas Juan. | JuanB | 7:00 AM. | | | |
| 4 | Camacho Segundo | Segundo C | 7:00 | | | |
| 5 | Canola John. | | 7:00 AM | | | |
| 6 | Fernandez Jassan. | | 7:00 | | | |
| 7 | Gonzalez Flavio | | 7:00 | | | |
| 8 | Hernandez Brandon | | 7:00 | | | |
| 9 | Hernandez Alfredo | | 7:00 AM | | | |
| 10 | Lanzo Enmanuel. | | 7:00 AM | | | |
| 11 | Luna Christopher | | 7:00 | | | |
| 12 | Lopez Crecencio | C. miculffi | 7:00 AM | | | |
| 13 | McDuffie Tyron | | | | | |
| 14 | Pazos Anghello | | 7:00 AM | | | |
| 15 | Quezada Carlo | | | | | |
| 16 | Ramon Edgar. | | | | | |
| 17 | Roman Diego | | 7:00 | | | |
| 18 | Valdiviezo Gregory | | 7:00 AM | | | |
| 19 | Vasquez Jhymmy. | Pablo V. | 7:00 | | | |
| 20 | Velasques. Pablo | Felix M | 7:00 | | | |
| 21 | Mejia Felix. | | 7:00 | | | |
| 22 | Sumuel. Juan. | Raymond Rodri | 7:00 | | | |
| 23 | Rodriguez Raymond | | | | | |
| 24 | Polanco Kenedy | | | 7:00 | | |
| 25 | Almanzar Wilber | Jerinson mejia | 7:00 | | CSM |
| 26 | Mejia Jeranson | | 7:00 | | | |
| 27 | Rodriguez | | 7:00 | | | |
| 28 | DeJesus | MeDO | 7:00 | | | |
| 29 | Mael O'Comor | CR | | | | |
| 30 | Carlos Rivera | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |