**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Mota Bautista et al., | Index No. 19-cv-8808 |
| *Plaintiffs,* | |
| -against- | **MOTION TO WITHDRAW AS COUNSEL** |
| Countywide Builders Inc. et al, | |
| *Defendants.* | |

       Clela A. Errington, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff(s) in the above-captioned matter, as her last day of employment with the law firm of CSM Legal, P.C. is November 25, 2022.

       CSM Legal, P.C. will continue to represent the Plaintiff(s) in this matter, and no party will be prejudiced if this Motion is granted.

       WHEREFORE, undersigned counsel respectfully requests that this Court permit Clela A. Errington to withdraw as counsel for the Plaintiff(s) in this matter.

Dated: New York, New York      Respectfully submitted,
       November 23, 2022

                                */s/* Clela Errington
                                  Clela A. Errington, Esq.
                                  CSM Legal, P.C.
                                  60 East 42nd Street, Suite 4510
                                  New York, New York 10165
                                  *Attorneys for Plaintiff*