UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO MOTA BAUTISTA, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> COUNTYWIDE BUILDERS, INC. ET AL, <br><br> Defendants. | 19-CV-8808 (AT)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference was scheduled for February 14, 2024**.** Due to parties' request, it is now rescheduled to **Wednesday, March 20, 2024 at 9:30 a.m** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Wednesday, March 13, 2024, at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  February 2, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge